THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| **MICHELLE BEARDSHEAR**,<br><br>                    Plaintiff,<br><br>   v.<br><br>**ELMER'S RESTAURANT, INC.,** a foreign corporation,<br><br>                    Defendant. | No. C08-5107JKA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME WITHIN WHICH TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING** |

This matter having come to the Court's attention on Defendant's Unopposed Motion to Extend Time within Which to File an Answer or Other Responsive Pleading (Docket No. 12), and the Court being fully advised in the premises, it is hereby

**ORDERED** that the motion is granted and the deadline for Defendants to file an answer or other responsive pleading is extended to April 18, 2008.

DATED this 21st day of March, 2008.

/s/ J. Kelley Arnold
J. KELLEY ARNOLD
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME WITHIN WHICH TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING – PAGE 1

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

C:\DOCUME~1\aswan\LOCALS~1\Temp\notesFFF692\PORT

1  Presented by:

2
   BALL JANIK LLP
3

4  /s/ Amy S. Campbell
   Amy S. Campbell, WSBA No. 38441
5  BALL JANIK LLP
   101 SW Main Street, Suite 1100
6  Portland, OR  97204
   Telephone:  (503) 228-2525
7  Facsimile:  (503) 226-3910
        Of Attorneys for Defendant
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO
EXTEND TIME WITHIN WHICH TO FILE AN ANSWER OR OTHER RESPONSIVE
PLEADING – PAGE 2

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

C:\DOCUME~1\aswan\LOCALS~1\Temp\notesFFF692\PORT

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that I served the foregoing **[PROPOSED] ORDER GRANTING** |
| 3 | **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME WITHIN WHICH TO** |
| 4 | **FILE AN ANSWER OR OTHER RESPONSIVE PLEADING** by: |

☐ U.S. POSTAL SERVICE;
☐ FACSIMILE SERVICE;
☐ ELECTRONIC MAIL;
☐ ARRANGING FOR HAND DELIVERY;
☐ FEDERAL EXPRESS
☒ CM/ECF

addressed to the following person on the date stated below:

Catherine Ann Chaney　　　　　　　　Stephan M. Nitz
Law Office of Catherine Chaney　　　　Schwartz Zweben & Slingbaum
2820 Elliott Avenue, Suite 103　　　　　3876 Sheridan Street
Seattle, WA  98121　　　　　　　　　　Hollywood, FL  33021
Telephone: (206) 343-7642　　　　　　Telephone: (954) 966-2483
Facsimile: (206) 343-1530　　　　　　　Facsimile: (954) 966-2566
Email: cchaney@msn.com　　　　　　　Email: SNitz@szalaw.com
　　Of Attorneys for Plaintiff　　　　　　　　Of Attorneys for Plainitff

DATE:   March 18, 2008.

/s/ Amy S. Campbell
Amy S. Campbell, WSBA No. 38441
Ball Janik LLP
(503) 228-2525
　　Of Attorneys for Defendant

**CERTIFICATE OF SERVICE– PAGE** 1

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

C:\DOCUME~1\aswan\LOCALS~1\Temp\notesFFF692\PORT